**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2457**

MARVIN ESTUARDO LOPEZ-MENDOZA,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  July 19, 2017                                            Decided:  July 21, 2017

Before WILKINSON, DUNCAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Arnedo S. Valera, LAW OFFICES OF VALERA & ASSOCIATES, Fairfax, Virginia, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Kiley Kane, Senior Litigation Counsel, Ann M. Welhaf, Lindsay Donahue, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Estuardo Lopez-Mendoza, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of Lopez-Mendoza's requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Lopez-Mendoza's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the agency's decision, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review. *See In re Lopez-Mendoza* (B.I.A. Nov. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*